**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

| | |
|---|---|
| Appellate case name: | *In the Matter of the Marriage of Allan Ray Comstock and Mindy Lee Comstock* |
| Appellate case number: | 01-19-00722-CV |
| Trial court case number: | 15-FD-3019 |
| Trial court: | County Court at Law No. 1 of Galveston County |
| Date motion filed: | October 29, 2021 |
| Party filing motion: | Appellant |

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: <u>/s/ April L. Farris</u>
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Farris.

Justice Goodman, voting to grant rehearing.

Date: <u>December 9, 2021</u>